GENEVIEVE STEWART, Appellant, v. MASCOT AMUSEMENT COMPANY, Respondent.— The comment of the trial justice during the course of the trial and the colloquy in reference to the charge necessitate a reversal of this judgment.

Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell and Finch, JJ., dissent.